United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTEST PROMOTIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant.<br>_____/ | No. C15-00093 CRB<br><br>**ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED** |

    Northern District of California Civil Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related."

    In reviewing the Complaint in this case (dkt. 1), it has come to the Court's attention that this action might be related to the earlier-filed case, <u>Contest Promotions LLC v. City & County of San Francisco</u>, No. CV 09-4434 SI (N.D. Cal.). Plaintiff Contest Promotions describes the earlier case at length in its Complaint, and argues that the actions complained of undermine the settlement in that case. <u>See</u> Compl. ¶¶ 16-33 ("the entire settlement was a fraud from the beginning and designed from inception to put Contest Promotions out of business in the City of San Francisco.").

    Accordingly, pursuant to Rule 3-12(c), this action is REFERRED to the Honorable

Judge Susan Illston for a determination of whether this action is related to <u>Contest Promotions LLC v. City & County of San Francisco</u>, No. CV 09-4434 SI (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: January 14, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE