

DENNIS J. HERRERA, State Bar #139669
City Attorney
JAMES M. EMERY, State Bar #153630
THOMAS S. LAKRITZ, State Bar #161234
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Suite 234
San Francisco, California 94102-5408
Telephone:     (415) 554-4628
Facsimile:      (415) 554-4757
E-Mail:          jim.emery@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| CONTEST PROMOTIONS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation and DOES 1-50, inclusive, <br><br> Defendants. | Case No. CV 15-00093 SI <br><br> SCHEDULING STIPULATION <br><br> Date Action Filed:   January 8, 2015 <br> Trial Date:             Not set |

SCHEDULING STIPULATION;            Case No. CV 15-00093                     n:\land\li2015\150713\00994737.doc

Pursuant to Civil Local Rule 6-1(a), the parties stipulate and agree that Defendant's response to Plaintiff's complaint will be due on March 13, 2015. This extension of time for Defendant's response will not alter the date of any event or any deadline already fixed by Court order.

Dated: February 25, 2015

JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW D. HINKS
TALYA GOLDFINGER

By: /s/ Matthew D. Hinks
MATTHEW D. HINKS
Counsel for Plaintiff Contest Promotions, LLC

DENNIS J. HERRERA
City Attorney
JAMES M. EMERY
THOMAS S. LAKRITZ
Deputy City Attorneys

By: /s/ James Emery
JAMES EMERY
Counsel for Defendant City and County of San Francisco