UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTEST PROMOTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 15-cv-00093-SI<br><br>**JUDGMENT** |

Defendant's motion to dismiss for failure to state a claim has been granted with prejudice as to plaintiff's federal causes of action. The Court dismisses plaintiff's state law claims without prejudice, so that a state court may decide them in the first instance.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 28, 2015

_____
SUSAN ILLSTON
United States District Judge